LAWRENCE G. TOWNSEND  (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, Suite 1910
San Francisco, California 94105
Telephone:   (415) 882-3288
Facsimile:    (415) 882-3299
E-Mail:        ltownsend@owe.com

Attorneys for Plaintiff KAREN BLANCHARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BLANCHARD,<br><br>    Plaintiff,<br><br>vs.<br><br>TRINITY MANAGEMENT SERVICES, a California corporation; DESIGNSTOR.COM, INC., an Ontario, Canada corporation,<br><br>    Defendants. | Case No.<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES FOR COPYRIGHT INFRINGEMENT; MISAPPROPRIATION OF THE RIGHT OF PUBLICITY; FALSE DESIGNATION OF ORIGIN (15 U.S.C, §1125(a)); CALIFORNIA STATUTORY UNFAIR COMPETITION; AND COMMON LAW UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Karen Blanchard alleges as follows:

**JURISDICTION AND VENUE**

1. This is an action for infringement of copyright pursuant to 17 U.S.C. Section 101 *et seq.* and the Lanham Act, 15 U.S.C. §1125(a). Subject matter jurisdiction is conferred by 17 U.S.C. Section 501, 28 U.S.C. Sections 1331 and 1338.

2. Misappropriation of right of publicity arising under California Civil Code §3344 and statutory unfair competition arising under California Business and Professions Code §17200 *et seq.*, with supplemental jurisdiction vested in this Court by virtue of 28 U.S.C. §§1338(b) and 1367.

1

3. The actions of the Defendants complained of herein took place within this jurisdiction, including Defendants' reproduction and display of the infringing material in this judicial district; Acts of misappropriation of Plaintiff's right of publicity occurred in this judicial district, and Defendants may be found within this judicial district. Venue is proper under 28 U.S.C. Sections 1391 and 1400.

## INTRADISTRICT ASSIGNMENT

4. Intradistrict assignment is appropriate under Civil Local Rule 3-2(c) because this is an Intellectual Property Action.

## PRELIMINARY ALLEGATIONS

5. Karen Blanchard ("Plaintiff") is an individual residing in New York, New York and is a noted style and fashion curator.

6. Plaintiff is informed and believes, and thereon alleges that Defendant Trinity Management Services ("Defendant Trinity") is a corporation organized and existing under the laws of the State of California with its principal place of business in San Francisco, California, in this judicial district and where the harm to Plaintiff occurred.

7. Plaintiff is informed and believes, and thereon alleges that Defendant Designstor.com, Inc. is a corporation organized under the laws of Ontario, Canada with its principal place of business in Toronto, Canada. Said defendant is in the advertising business and was hired by Defendant Trinity to help promote Defendant Trinity and the Trinity Place Development as described below.

## FIRST CLAIM FOR RELIEF

### COPYRIGHT INFRINGEMENT
[17 U.S.C. §§ 101, et seq.]
(Against All Defendants)

8. Plaintiff is the assignee and owner of the copyright, including the right to sue for past infringement, in the photograph of her ("Plaintiff's Photograph"), a true and correct copy of which is attached hereto as Exhibit A and incorporated by reference.

9. Plaintiff's Photograph is covered by the pending copyright registration, case no. 1-

2

1  4229079981 in the United States Copyright Office.

2      10.    Plaintiff is informed and believes that Defendants commenced copying, preparing derivative works, displaying, and/or distributing a reproduction of Plaintiff's Photograph that was made a part of a city block-long construction wrap for a high-rise residential development project called "Trinity Place" on Market Street in San Francisco ("Defendants' Infringing Display"), a true and correct copy of which is attached hereto as Exhibit B.

    11.    Defendants' Infringing Display depicts an idealized, newly-developed downtown building featuring Plaintiff's Photograph of Plaintiff seated in front of the building together with a large display of "TRINITY" with its phone number and web address. A true and correct image showing the latter portion of Defendants' Infringing Display is attached hereto as Exhibit C and incorporated by reference.

    12.    The above described acts of reproduction, preparation of derivative works, display, distribution and sale of Plaintiff's Photograph as part of Defendants' Infringing Display constitute copyright infringement, including willful copyright infringement, as set forth in 17 U.S.C. § 101 *et seq.*

    13.    As a result of Defendants' acts of copyright infringement, Plaintiff is entitled to an accounting of Defendants' profits and/or Plaintiff's actual damages as provided under the Copyright Act.

**SECOND CLAIM FOR RELIEF**

**MISAPPROPRIATION OF RIGHT OF PUBLICITY**
**[California Civil Code §3344]**
**(Against All Defendants)**

    14.    Plaintiff incorporates the allegations and averments of paragraphs 1 through 13 above, as though fully set forth herein.

    15.    Defendants commercially used Plaintiff's image, photograph, and likeness on and in Defendants' Infringing Display to advertise and promote the Trinity Place development and the services of Defendant Trinity without Plaintiff's consent.

    16.    Defendants' use of Plaintiff's image, photograph, and likeness as set forth herein

1  is a violation of California Civil Code §3344.

2      17.    As a proximate result, Plaintiff is entitled to recover all damages suffered and/or
3  profits from the unauthorized use.

4      18.    By engaging in the conduct as herein above alleged, Defendants have acted
5  willfully, maliciously, oppressively and fraudulently, and Plaintiff is therefore entitled to punitive
6  damages in an amount according to proof.

### THIRD CLAIM FOR RELIEF

### UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN
### 15 U.S.C. § 1125(a)
### (Against All Defendants)

10      19.    Paragraphs 1-18 are incorporated by reference as though set forth in their entirety
11  herein.

12      20.    Defendants' unauthorized use, as described above, of Plaintiff's right of publicity
13  has a tendency to deceive or confuse customers into believing that Plaintiff, who is a noted style
14  and fashion curator, had endorsed Defendants' project and/or Defendants were affiliated with
15  Plaintiff, are sponsored or approved by Plaintiff, or are otherwise associated with or authorized
16  by Plaintiff, in violation of 15 U.S.C. §1125(a)(1)(A). Such conduct on the part of Defendants
17  was willful.

18      21.    As a proximate result of the above, Plaintiff has been damaged in an amount to be
19  proven at trial and/or Plaintiff is entitled to such profits as Defendants have gained by virtue of
20  its conduct.

21      22.    Defendants' acts of unfair competition and false advertising have caused and are
22  causing great and irreparable injury to Plaintiff in an amount that cannot be ascertained at this
23  time, and, unless restrained, will cause further irreparable injury, leaving Plaintiff with no
24  adequate remedy at law.

25      23.    By reason of the foregoing, Plaintiff is entitled to damages and injunctive relief
26  against Defendants, restraining further acts of unfair competition, false designation of origin, and
27  false advertising, and to recover attorneys' fees and any damages proven to have been caused by

28      4

Complaint For Copyright Infringement, etc., Demand for Jury Trial; Case No: _____

reason of Defendants' aforesaid acts of unfair competition and false designation of origin.

## FOURTH CLAIM FOR RELIEF

### UNFAIR COMPETITION
### [California Bus. and Prof. Code §17200 et seq.]
### (Against All Defendants)

24. Plaintiff incorporates the allegations and averments of paragraphs 1 through 23 above, as though fully set forth herein.

25. Defendants' activities complained of herein, including the unauthorized use of Plaintiff's rights of publicity, constitute unfair, deceptive and unlawful practices in violation of California Business and Professions Code §17200 *et seq.* to the injury of Plaintiff and the public.

26. By reason of the foregoing, Plaintiff is entitled to injunctive relief against Defendant restraining further acts of unfair competition.

27. Plaintiff has been damaged in an amount to be proven at trial, and Plaintiff is entitled to an accounting of Defendants' profits as well as enhanced remedies as provided by law for Defendants' willful conduct.

## FIFTH CLAIM FOR RELIEF

### COMMON LAW UNFAIR COMPETITION
### (Against All Defendants)

28. Plaintiff incorporates the allegations and averments of paragraphs 1 through 27 above, as though fully set forth herein.

29. Defendants' activities complained of herein constitutes unfair and unlawful practices in violation of the common law of the State of California to the injury of Plaintiff and the public.

30. The conduct of Defendants as alleged herein will, unless restrained, damage Plaintiff in an amount to be determined at trial and will cause irreparable harm.

31. Plaintiff has been damaged in an amount to be proven at trial, and Plaintiff is entitled to an accounting of Defendants' profits as well as enhanced remedies as provided by law for Defendants' willful conduct.

32. By engaging in the conduct as herein above alleged, Defendants have acted willfully, maliciously, oppressively and fraudulently, and Plaintiff is therefore entitled to punitive damages in an amount according to proof.

WHEREFORE, Plaintiff prays for judgment against Defendants as set forth below:

1. That Defendants, their agents, servants, employees, representatives, attorneys, subsidiaries, related companies, successors, assigns and all others in active concert or participation with Defendants be permanently enjoined from using in any manner Plaintiff's image, likeness, or photograph to advertise or promote Defendants' goods or services;

2. That Defendants, their agents, servants, employees, representatives, attorneys, subsidiaries, related companies, successors, assigns and all others in active concert or participation with Defendants be permanently enjoined from engaging in the statutory acts of unfair competition described above;

3. That Defendants account to Plaintiff for Defendants' profits arising from the foregoing acts of false advertising, false designation of origin, unfair competition, and misappropriation of Plaintiff's right of publicity;

4. For an accounting and award of all of Defendants' profits derived from the acts of copyright infringement;

5. For actual damages sustained by Plaintiff for copyright infringement;

6. That pursuant to 15 U.S.C. §1117(a), Plaintiff be awarded for three times the greater of:

    a. Plaintiff's damages, in an amount to be determined at trial; and

    b. Defendants' profits, in accounting demanded in the preceding paragraph;

7. That Plaintiff have and recover all damages sustained;

8. That Plaintiff have and recover her costs, including her reasonable attorneys' fees and disbursements in this action, pursuant to Calif. Civil Code §3344 and 15 U.S.C. §1117(a);

9. That Plaintiff be awarded punitive damages as authorized under California law in

1 | view of Defendants' intentional and willful conduct; and

2 |     10.    That Plaintiff have such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: June 5, 2017    LAW OFFICES OF LAWRENCE G. TOWNSEND

By:    /s/ Lawrence G. Townsend
      Lawrence G. Townsend
      Attorneys For Plaintiff KAREN BLANCHARD

## DEMAND FOR JURY

Plaintiff hereby demands a trial by jury.

Dated: June 5, 2017    LAW OFFICES OF LAWRENCE G. TOWNSEND

By:    /s/ Lawrence G. Townsend
      Lawrence G. Townsend
      Attorneys For Plaintiff KAREN BLANCHARD

S:\LGT-TENA\BLANCHARD\Complaint-Draft.wpd

Complaint For Copyright Infringement, etc., Demand for Jury Trial; Case No: _____

# EXHIBIT A

EXHIBIT A



# EXHIBIT B



# EXHIBIT C


